UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:23-cr-00099-SNLJ-ACL |
| | ) | |
| JADARIUS A. MCCAIN, and | ) | |
| JALISA D. BOGAN, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court for review of Magistrate Judge Abbie Crites-Leoni's Order Regarding Motions to Compel Under § 3504 and to Disclose Identity of Informants[1] [Doc. 1142].  This Court's review is governed by Federal Rule of Criminal Procedure 59 and 28 U.S.C. § 636(b)(1)(A).  Upon timely objections to a magistrate judge's order on a nondispositive matter, a district judge may modify or set aside any part of the order that is "contrary to law or clearly erroneous."  Fed. R. Crim. P. 59(a); *see also* 28 U.S.C. § 636(b)(1)(A) ("A judge of the court may reconsider any pretrial matter . . . where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law.").

Defendant Jadarius A. McCain filed a motion to compel affirmance or denial of unlawful wire and electronic interception pursuant to 18 U.S.C. § 3504 [Docs. 537, 641,

---

[1] Pursuant to 28 U.S.C. § 636(b) and Local Rule 2.08, all pretrial matters were referred to United States Magistrate Judge Abbie Crites-Leoni.

841].  Jalisa D. Bogan joined the motion to compel [Doc. 593].  Additionally, McCain

filed motions to disclose informants in connection with a UPS parcel seized from co-

defendant Daquaydra Moore in 2021 [Docs. 642, 944] and a drug seizure from three

other co-defendants at Detroit Metro Airport in 2022 [Docs. 539, 944].  Magistrate Judge

Abbie Crites-Leoni ruled on the motions, finding the motion to compel affirmance or

denial of unlawful wire and electronic interception to be moot, and denying the motions

to disclose informants [Doc. 1142].  McCain filed objections [Doc. 1164].

After a full review of the record, the undersigned finds nothing in Judge Crites-

Leoni's Order that is clearly erroneous or contrary to law.  Instead, the Order is well-

reasoned and supported by the law.  As such, the objections are overruled.

Accordingly,

**IT IS HEREBY ORDERED** that Magistrate Judge Abbie Crites-Leoni's Order

Regarding Motions to Compel Under § 3504 and to Disclose Identity of Informants [Doc.

1142] is **AFFIRMED**, and the objections to the Order [Doc. 1164] are **OVERRULED**.

**SO ORDERED** on this 17th day of June, 2026.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE